# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Yusuf M. Ali, Plaintiff )
Vs. )
Steve Boyd, Fred Galimi, )
And Leo V. Marshal )
Defendants. )

05 - 11543 WGY

RECEIPT #_____
AMOUNT $ 250.00
SUMMONS ISSUED 4
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P.
DATE 7/21/05

MAGISTRATE JUDGE RBC

## Complaint

## Parties

1. The Plaintiff, Yusuf M. Ali is a resident at 2 Hillside Street, Boston MA. 02119, is a journey carpenter of 4 years also was an apprentice for 4 years and a citizen of the United States.

2. The defendant Steve Boyd is and was at the time of the complaint employed by J. l Marshall; a corporation duty organized under the law of the Commonwealth of Massachusetts with a usual place of business at 3 Clara Street, Seekonk MA, he is being sued in his individual and official capacities and is a citizen of the United States.

3. The defendant Fred Galimi is and was at the time of this complaint employed by J. L Marshall with a usual place of business at 3 Clara Street, MA 02771 being sued in his individual and official capacities and is a citizen of the United States.

4. The defendant Leo V. Marshall is and was at the time of this complaint employed by J.L. Marshall with a usual place of business at 3 Clara Street, Seekonk MA 02771, he is being sued in his individual and official capacities and is a citizen of the United States.

## Jurisdiction

This Court has jurisdiction over the matter pursuant to Title VII, the American with Disabilities Act, and Equal Pay Act, and the First Amendment to the United States Constitution.

## Facts

5. The plaintiff was employed by the defendant from approximately August 11, 2003 to August 15, 2003 as a Carpenter, at the project known as the Crosstown Inn.

6. The plaintiff suffers from kidney disease. Despite the plaintiff's medical condition, he was able to perform
    And did perform all of the essential functions of his job.

6. On or about August Thursday 14, 2003 the plaintiff notified his employer of his medical condition, and
    Requested a modest accommodation, which was to be allowed more time to use the bathroom.

7. On or about august Friday 15, 2003 the plaintiff was terminated from his employment with the defendant.

8. On August 18 the plaintiff filed a complaint with the Shop Steward on the job site of the Crosstown Inn.

9. On or about August 20 the plaintiff wrote to the J.L. Marshall to inform them of the injustice that had been done to him, nothing was done to correct the problem.

10. The plaintiff has satisfied all conditions precedent to the bringing of this cause of action.

11. On or about August 23, 2003 the defendants responded to the plaintiff's claim at the Commission Against Discrimination with false statements suggesting the plaintiff was an unsafe worker.

12. The Massachusetts Commission Against Discrimination without investigating or talking with any of the workers on the site of question dismissed the plaintiff's claim stating their findings to be inconclusive.

13. In the Commission's statement of reasons for their findings they merely repeated verbatim the respondent's statements in their initial response to the original claim.

PLAINTIFF'S CLAIM AGAINST THE DEFENDANT<br>COUNT –I EMPLOYMENT DISCRIMINATION

14. The plaintiff repeats and reasons the foregoing paragraphs as if set forth fully herein.

15. The defendant failed to provide a reasonable accommodation to the plaintiff.

16. The defendant wrongfully discriminated against the plaintiff on the basis of the plaintiff's physical handicap.

17. The defendant wrongfully terminated the plaintiff on the basis of the plaintiff's handicap.

18. As a direct and proximate result of the defendant's unlawful actions, the plaintiff was caused to lose time and income from his employment and/or a loss of earning capacity, and has suffered and continues to suffer from mental anguish and in impairment to his ability to enjoy life and attend to his usual activities.

## Prayers For Relief

The plaintiff prays that this Honorable Court:

19. Issue Declaratory Judgment that the Defendants did violate the Rights of the Plaintiff.

20. Grant the plaintiff Actual Damages in the determined by the actual loss of wages and benefits.

21. Grant the plaintiff Punitive Damages in the amount determined by this Honorable Court.

22. Grant the plaintiff Reasonable Attorney Fees and the cost of filing this Civil Complaint.

23. WHEREFORE, the Plaintiff files this Complaint in Good Faith and demands judgment against the defendants for damages and for such other relief as this Court deems just.

24. The Plaintiff Demands Trial by Jury.

## Verification

**I have read the foregoing Complaint and hereby verify that the matters alleged therein are True and to the matters of memory I believe them to be True. I certify under Penalty of Perjury that the foregoing is True and Correct.**

*/s/ Yusuf M. Ali*

**Yusuf M. Ali, Pro Se**
2 Hillside St. Apt 1
Boston, Ma. 02119

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,     **05 - 11543 WGY**
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐    NO ☑

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☑    NO ☐

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐    NO ☑

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐    NO ☑

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES ☑    NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION ☑     CENTRAL DIVISION ☐     WESTERN DIVISION ☐

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION ☐     CENTRAL DIVISION ☐     WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  _Plaintiff is Pro Se  Yusuf M Ali_
ADDRESS  _2 Hillside Street  Boston MA 02119_
TELEPHONE NO. _617-596-5506_

(Att3Cover sheet local.wpd - 11/27/00)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Yusuf M Ali

**DEFENDANTS** Steve Boyd, Fred Galimi and Lee M. Marshall

**(b)** County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Bristol
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): Pro Se

Attorneys (If Known): **05-11543 WGY**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Discriminated on basis of disability

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ___  DOCKET NUMBER ___

DATE: 7-20-05
SIGNATURE OF ATTORNEY OF RECORD: Pro Se Plaintiff Yusuf M. Ali

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___