United States District Court
District of Massachusetts

Civil Action Number 05-11543WGY

| | |
|---|---|
| Yusuf M. Ali | ) |
|     Plaintiff | ) |
| Vs. | ) |
| Steve Boyd, Fred Galimi | ) |
| And Leo V. Marshall | ) |
|     Defendants | ) |
| | ) |

**Defendants' Motion To Dismiss**
**and**
**Request For Oral Argument**

Now Come the Defendants Steve Boyd, Fred Galimi and Leo V. Marshall and hereby move to dismiss the complaint of Plaintiff Yusuf M. Ali on the grounds that Plaintiff has failed to satisfy the administrative pre-requisite of filing an MCAD/EEOC complaint as against these named individual Defendants and in addition the Plaintiff is by his own admission not disabled or handicapped and is thus not entitled to the relief sought under his complaint.

    In support hereof the Defendants offer the attached Memorandum in support of their Motion.

DEFENDANTS REQUEST ORAL ARGUMENT ON THEIR MOTION TO DISMISS.

                                                  Respectfully Submitted,
                                                  Defendants,
                                                  Steve Boyd, Fred Galimi and
                                                  Leo V. Marshall
                                                  By and through their attorney

Dated: __8/4/05__                    _____
                                                  Karl J. Gross, Esquire
                                                  BBO#553465
                                                  O'Reilly, Grosso & Gross, P.C.
                                                  1671 Worcester Road, Suite 205
                                                  Framingham, MA 01701
                                                  Tel: 508-620-0055
                                                  Fax: 508-620-7655

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the Attorney of Record for each Party by (mail)-hand on. 8/4/05