United States District Court
District Of Massachusetts

Civil Action # 05-11543wgy

Ali,
    Plaintiff

Boyd,
    Defendant

Plaintiff's Motion to Withdraw Complaint

Now comes the Plaintiff Yusuf Ali and hereby move to withdraw the above captioned civil
Complaint. It has been discussed and agreed upon by various Union officials that this
Complaint will do more harm to the Union and the industry than good. Therefore with that as the
Premise and not the merit of the case the plaintiff prays that this honorable court will allow this
Motion to withdraw..

    The Plaintiff thanks this court for being there and providing an opportunity to redress
Grievance.

Respectfully Submitted

*Yusuf M. Ali*

Yusuf M Ali, Pro Se

Date 8-24-05

Cc: K.J. Gross, Esquire

I certify that copies of this motion, have been forwarded to the Attorney above

*Yusuf Ali*